**Order entered October 29, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00780-CV

### MICHAEL O. PICKENS, Appellant

### V.

### ELIZABETH CORDIA, ET AL., Appellees

### On Appeal from the 116th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-13-01890-F

## ORDER

Before the Court is appellees' October 17, 2013 motion for leave to supplement their brief. We treat appellees' motion as a motion to file an amended brief. We **GRANT** appellees' motion. We **ORDER** the amended combined brief of appellees/cross-appellant attached to their October 17, 2013 motion for leave filed as of the date of this order.

/s/     ELIZABETH LANG-MIERS
           JUSTICE